HARRY DELF, Appellant, v. EMMA MORRIS and Others, as Executors, etc., of WILLIAM MORRIS, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE KLAUSNER, Appellant.— Judgment reversed, the information dismissed and the fine remitted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ABRAHAM TANNENBAUM, Appellant, v. JACOB WAGNER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HERMAN LONDON and Another, Respondents, v. WESTMINSTER TIRE CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

BARNETT BUDOFF and Another, Appellants, v. BENJAMIN JAFFE and Another, Respondents, Impleaded with Others.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of LEO C. RHEINGOLD, Respondent, for an Order of Mandamus against JOHN H. DELANEY, Chairman, FRANK X. SULLIVAN and Another, Commissioners, Constituting the Board of Transportation of the City of New York, and Others, Appellants.— Order reversed, without costs, and the motion remitted to the Special Term for the purpose of determining the amount due in accordance with chapter 734, Laws of 1935,* and thereupon issuing the appropriate mandamus order. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

GLADYS A. HALL, Respondent, v. DAVID S. HALL, Appellant.— Order entered on or about February 7, 1935, so far as appealed from affirmed, unless within ten days after service of order defendant stipulates to authorize the Fidelity and Casualty Company to pay $125 per month alimony to the plaintiff as it falls due and to make up payments on which the defendant is in default at the rate of fifty dollars per month, and any costs accruing under this proceeding until paid and executes the necessary documents to carry the stipulation into effect. Appeal from order entered March 20, 1935, denying motion for resettlement dismissed. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MELVIN HERMAN, Respondent, Appellant, v. ALBERT K. GUTMAN and Another, Individually and as Directors, etc., of STERN & GUTMAN, INC., and Another, Appellants, Respondents.— Judgment affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and dismiss the complaint.

* Amdg. Civil Service Law, § 23. — [REP.